UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>VADNAIS CORPORATION, CAWELO WATER DISTRICT, STEADFAST INSURANCE COMPANY, CLARENDON AMERICA INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:10-cv001669-LJO-GSM (Complaint Filed 09/14/2010)<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**ORDER FOR DISMISSAL OF DEFENDANT CAWELO WATER DISTRICT**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

1    **IT IS HEREBY ORDERED** that:

2    Pursuant to the Stipulation to Dismiss filed by the parties, defendant
3    CAWELO WATER DISTRICT is hereby dismissed without prejudice regarding the
4    claims and causes of action asserted in the above-captioned action.

IT IS SO ORDERED.

Dated:   **June 13, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT
CAWELO WATER DISTRICT**