1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>VADNAIS CORPORATION, CAWELO WATER DISTRICT, STEADFAST INSURANCE COMPANY, CLARENDON AMERICA INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:10-cv001669-LJO-GSM (Complaint Filed 09/14/2010)<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**ODER FOR  DISMISSAL OF DEFENDANT LEXINGTON INSURANCE COMPANY**<br><br>**[FRCP 41(a)(1)(A)(i)]** |

1

**[PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT LEXINGTON INSURANCE COMPANY**

**IT IS HEREBY ORDERED** that:

Pursuant to the Notice of Voluntary Dismissal filed by plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY, defendant LEXINGTON INSURANCE COMPANY is hereby dismissed with prejudice regarding the claims and causes of action asserted in the above-captioned action.

IT IS SO ORDERED.

Dated:   **June 13, 2011**                              **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE