# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>VADNAIS CORPORATION, CAWELO WATER DISTRICT, STEADFAST INSURANCE COMPANY, CLARENDON AMERICA INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:10-cv001669-LJO-GSM (Complaint Filed 09/14/2010)<br><br>[Assigned for all Purposes to Hon. Lawrence J. O'Neill]<br><br>**ORDER FOR DISMISSAL OF DEFENDANT VADNAIS CORPORATION**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

**IT IS HEREBY ORDERED** that:

Pursuant to the Stipulation to Dismiss filed by the parties, defendant VADNAIS CORPORATION is hereby dismissed with prejudice regarding the claims and causes of action asserted in the above-captioned action.

IT IS SO ORDERED.

Dated:   **June 13, 2011**               **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT VADNAIS CORPORATION**