**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Richard A. Semon (SBN 156510)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
rsemon@ aguileragroup.com

Attorneys for Plaintiff,
ST. PAUL FIRE & MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff/Appellant,<br><br>vs.<br><br>VADNAIS CORPORATION; CAWELO WATER DISTRICT; STEADFAST INSURANCE COMPANY; CLARENDON AMERICA INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br><br>Defendants/Appellees. | Case No. 1:10-cv-01669-LJO-GSA<br><br>[Hon. Lawrence J. O'Neill]<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT** |

1

Case No. 1:10-cv-01669-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT

## STIPULATION

This Stipulation is entered into by and between plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY and defendant STEADFAST INSURANCE COMPANY.

WHEREAS, on July 10, 2014, the United States Court of Appeal rendered its Memorandum reversing and remanding to the trial court its ruling on the parties' summary judgment motions;

WHEREAS, upon the notice of the Memorandum ruling by the United States Court of Appeal, the parties began to discuss the settlement of the remaining issues in this action;

WHEREAS, on August 4, 2014, the United States Court of Appeal issued its Mandate regarding the July 10, 2014, Memorandum;

WHEREAS, on August 8, 2014, Magistrate Judge Gary S. Austin of this Court issued a Minute Order directing the parties to meet and confer and no later than September 5, 2014, submit a joint status report outlining the procedural posture of this case, as well as a proposed litigation plan;

WHEREAS, the parties have not completed their settlement discussions but the parties mutually believe that the matter is likely to be settled with further settlement discussions;

THEREFORE, the Parties stipulate and agree that in order to give the Parties additional time to finalize the complete settlement between the Parties, that the deadline of September 5, 2014, to submit a joint status report outlining the procedural posture of this case, as well as a proposed litigation plan, should be continued for 60 days to allow the parties to continue and complete their settlement discussions, the following should occur:

THAT the September 5, 2014, deadline to submit a joint status report outlining the procedural posture of this case, as well as a proposed litigation plan, should be continued to a date no sooner than November 4, 2014.

2

Case No. 1:10-cv-01669-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT

1  WHEREFORE, the undersigned have executed this Stipulation on the dates
2  indicated below:
3  SO STIPULATED:
4  Dated: September 4, 2014

                THE AGUILERA LAW GROUP, APLC

                By:   /s A. Eric Aguilera
                         A. Eric Aguilera, Esq.
                         Richard A. Semon, Esq.
                         Attorneys for plaintiff,
                         ST. PAUL FIRE & MARINE INSURANCE
                         COMPANY

Dated: September 4, 2014

                SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

                By:   /s Randy M. Marmor
                         Randy M. Marmor, Esq.
                         Blaise S. Curet, Esq.
                         Attorneys for defendant,
                         STEADFAST INSURANCE COMPANY

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

Case No. 1:10-cv-01669-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT

# ORDER

The September 5, 2014, deadline for the parties to submit a joint status report outlining the procedural posture of this case, as well as a proposed litigation plan, is hereby continued to November 4, 2014. The parties shall advise the Court if a settlement agreement is reached prior to the November 4, 2014 deadline.

IT IS SO ORDERED.

Dated:   **September 5, 2014**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

4

Case No. 1:10-cv-01669-LJO-GSA
JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT