**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Richard A. Semon (SBN 156510)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
rsemon@aguileragroup.com

Attorneys for Plaintiff,
ST. PAUL FIRE & MARINE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VADNAIS CORPORATION; CAWELO WATER DISTRICT; STEADFAST INSURANCE COMPANY; CLARENDON AMERICA INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 1:10-cv-01669-LJO-GSA<br><br><br>**JOINT STIPULATION AND ORDER CONTINUING THE PARTIES' DEADLINE TO FILE A VOLUNTARY DISMISSAL BY STIPULATION** |

1

**STIPULATION**

This Stipulation is entered into by and between plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY on the one hand, and defendant STEADFAST INSURANCE COMPANY on the other hand. (Plaintiff and defendant are collectively referred to as the "Parties")

WHEREAS, on February 4, 2015, plaintiff filed with this Court a Notice of Settlement with Steadfast that indicated that the Parties intended to file a stipulated motion for dismissal within sixty days;

WHEREAS, the Parties have finalized the settlement agreement: the only step of the settlement remaining is the payment of the agreed settlement;

WHEREAS, Steadfast states that it now has the settlement draft in its possession and that Steadfast will provide the settlement payment to St. Paul Fire this week;

WHEREAS, the Parties expect that the settlement will be completed within the next 30 days;

THEREFORE, the Parties stipulate and agree that in order to give the Parties additional time to finalize their settlement agreement, the deadline to file dismissal documents should be continued for an additional 30 days to May 7, 2015.

///
///
///
///
///
///
///
///
///
///
///

WHEREFORE, the undersigned have executed this Stipulation on the dates indicated below:

**SO STIPULATED:**

Dated:  April 7, 2015        THE AGUILERA LAW GROUP, APLC

*/s/: A. Eric Aguilera*
A. Eric Aguilera, Esq.
Richard A. Semon, Esq.
Attorneys for ST. PAUL FIRE & MARINE INSURANCE COMPANY

Dated:  April 7, 2015        SINNOT, PUEBLA, CAMPAGNE & CURET, APLC

*/s/: Randy M. Marmor*
Randy M. Marmor, Esq.
Counsel for STEADFAST INSURANCE COMPANY

**ORDER**

Based on the stipulation between the parties, the deadline for plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY and defendant STEADFAST INSURANCE COMPANY to file dismissal documents is hereby continued to May 7, 2015.

IT IS SO ORDERED.

Dated:   **April 7, 2015**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

3