**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Richard A. Semon (SBN 156510)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
rsemon@aguileragroup.com

Attorneys for Plaintiff,
ST. PAUL FIRE & MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> VADNAIS CORPORATION; CAWELO WATER DISTRICT; STEADFAST INSURANCE COMPANY; CLARENDON AMERICA INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; and DOES 1 through 50 inclusive, <br><br> Defendants. | Case No. 1:10-cv-01669-LJO-GSA <br><br> [Hon. Lawrence J. O'Neill] <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL OF THE ACTION IN ITS ENTIRETY** |

1

Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul") and Defendant Steadfast Insurance Company ("Steadfast") hereby stipulate and jointly request that the Court dismiss Steadfast, from this case, pursuant Fed. Rules Civ. Proc. 41(a)(1)(A) (ii), and further, that the Court dismiss the Action in its entirety.  In support of this request, these parties state:

1.  The remaining parties to this action are liability insurance companies. St. Paul commenced this action against certain defendants seeking equitable contribution toward the expenditures St. Paul incurred for the defense and indemnity of a prior, now-dismissed lawsuit against a mutual insured.

2.  Defendants Vadnais Corporation, Cawelo Water District, Steadfast, Clarendon America Insurance Company, and Lexington Insurance Company were named and served with the complaint in this action. Vadnais, Cawelo, Clarendon and Steadfast filed answers to the complaint. Lexington did not answer the complaint, did not appear in the Action, and was dismissed from the action on June 13, 2011.  All other defendants, except for Steadfast, have been dismissed from the Action.  No counterclaims, cross-claim or third-party claims were filed by any of the answering defendants.

3.  St. Paul and Steadfast reached a settlement in principle, and on or about February 23, 2015, and have now fully executed a formal settlement agreement to resolve the claims between them in this Action (the "Settlement Agreement"). The Settlement Agreement between St. Paul and Steadfast provides, in part, that upon the happening of certain conditions, St. Paul will dismiss Steadfast from this action with prejudice. The conditions precedent to dismissal of Steadfast have been satisfied.

5.  Pursuant to the Settlement Agreement, St. Paul and Steadfast agree to bear their own costs and fees related to this Action.

///

///

///

2

6. Plaintiff further requests that the entire action be dismissed.

A proposed form of Order is submitted herewith.

**SO STIPULATED:**

Dated: May 4, 2015          **THE AGUILERA LAW GROUP, APLC**

*/s/: A. Eric Aguilera*
—————————————
A. Eric Aguilera, Esq.
Richard A. Semon, Esq.
Attorneys for ST. PAUL FIRE & MARINE INSURANCE COMPANY

Dated: May 4, 2015          **SINNOT, PUEBLA, CAMPAGNE & CURET, APLC**

*/s/: Randy M. Marmor*
—————————————
Randy M. Marmor, Esq.
Counsel for STEADFAST INSURANCE COMPANY

**ORDER**

The parties' joint stipulation for dismissal of the action with prejudice regarding defendant Steadfast Insurance Company is granted. The action is further dismissed in its entirety. The parties shall bear their own costs of litigation.

**IT IS SO ORDERED**
**Dated: May 5, 2015**

          **/s/ Lawrence J. O'Neill**
          **United States District Judge**